APR 1 5 2008

1  JAMES J. YUKEVICH (SBN 159896)
    *JYukevich@yukelaw.com*
2  STEVEN D. SMELSER (SBN 180602)
    *SSmelser@yukelaw.com*
3  YUKEVICH CALFO & CAVANAUGH
    601 S. Figueroa Street, 38th Floor
4  Los Angeles, CA  90017
    Telephone:  (213) 362-7777
5  Facsimile:  (213) 362-7788

6  ROBERT J. GIBSON (SBN 144974)
    *hgibson@swlaw.com*
7  ANNE MARIE ELLIS (SBN 223437)
    *aellis@swlaw.com*
8  SNELL & WILMER, LLP
    600 Anton Blvd., Suite 1400
9  Costa Mesa, CA  92626-7689
    Telephone:  (714) 427-7000
10 Facsimile:  (714) 427-7799

11 Attorneys for Defendant
   FORD MOTOR COMPANY

12

**NOTE CHANGES MADE BY THE COURT**



FILED
CLERK, U.S. DISTRICT COURT

AUG 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

13              **UNITED STATES DISTRICT COURT**

14    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15 MARIA C. DIAZ, an individual;            CASE NO. CV07-7846 PSG(PJWx)
   IRAHY SULEMA GUERRERO, a
16 minor, BY AND THROUGH HER
   GUARDIAN AD LITEM, MARIA
17 DIAZ; PEDRO DIAZ, a minor, BY
   AND THROUGH HIS GUARDIAN
18 AD LITEM, MARIA DIAZ;                     **STIPULATED PROTECTIVE**
   FRANCISCO DANIEL DIAZ, a minor,          **ORDER**
19 BY AND THROUGH HIS
   GUARDIAN AD LITEM, MARIA
20 DIAZ,

21              Plaintiffs,

22        vs.

23 FORD MOTOR COMPANY, a
   Delaware corporation, THE
24 GOODYEAR TIRE AND RUBBER
   COMPANY, an Ohio corporation, and
25 DOES 1 THROUGH 100,
   INCLUSIVE,

26

27              Defendants.

28

1    In order to preserve and maintain the confidentiality of certain confidential,

2 commercial and proprietary documents to be produced by FORD MOTOR

3 COMPANY ("Ford") in this action, it is stipulated and ordered that:

4    1.    Documents to be produced by Ford in this litigation which contain

5 confidential information shall hereafter be referred to as "Protected Documents."

6 Any document or any information designated as "Subject to Protective Order" in

7 accordance with the provisions of this Order shall only be used, shown or disclosed

8 as provided in this Order.

9    2.    As used in this Order, the term "documents" means all written material,

10 videotapes and all other tangible items, whether produced as hard copy, computer

11 diskette, CD-ROM, or otherwise.

12    3.    The burden of proving that a Protected Document contains confidential

13 technical information is on Ford.  Prior to designating any material as

14 "Confidential," Ford must make a bona fide determination that the material is, in

15 fact, a trade secret or other confidential technical information the dissemination of

16 which would damage Ford's competitive position.  If a party disagrees with the

17 "Confidential" designation of any document, the party will so notify Ford in writing.

18 Ford will timely apply to this Court to set a hearing for the purpose of establishing

19 that said document is confidential.  Any document so marked as "Confidential" will

20 continue to be treated as such pending determination by the Court as to its

21 confidential status.

22    4.    The designation of Protected Documents may be made by marking or

23 placing the notice "Subject to Protective Order" or substantially similar notice, on

24 the document, or, where a copy of the original document is to be produced, on that

25 copy.

26    5.    Protected Documents and any copies thereof received pursuant to

27 paragraph 6 below shall be maintained confidential by the receiving party, his/her

28 attorney, other representatives, and expert witnesses, and shall be used only for

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1  preparation for the trial of this matter, subject to the limitations of paragraph 8

2  below.

3       6.      Protected Documents shall be disclosed only to "Qualified Persons."

4  Qualified Persons are limited to:

5            a.      Counsel of Record for the parties, and the parties;

6            b.      Non-technical and clerical staff employed by Counsel of Record

7  and involved in the preparation and trial of this action;

8            c.      Experts and non-attorney consultants retained by the parties for

9  the preparation or trial of this case, provided that no disclosure shall be made to any

10 expert or consultant who is employed by a competitor of Ford;

11           d.      The Court, the Court's staff, witnesses, and the jury in this case;

12 and

13           e.      Attorneys representing plaintiffs and the experts and consultants

14 retained by plaintiffs in other cases pending against Ford involving a 1991-1999

15 Ford Explorer and the same allegation asserted in this case, provided that no

16 disclosure shall be made to any expert or consultant who is employed by a

17 competitor of Ford.

18      7.      Other than the Qualified Persons described in sections a, b, and d,

19 before any Qualified Person may obtain Protected Documents, such persons shall

20 execute a "Written Assurance" in the form contained in Exhibit A, attached hereto.

21 Counsel for the parties will retain the Written Assurance and will keep a list of all

22 persons who have received Confidential Material for inspection by the Court and,

23 upon order of the Court, counsel for Ford.

24      8.      To the extent that Protected Documents or information obtained

25 therefrom are used in the taking of depositions and/or used as exhibits at trial, such

26 documents or information shall remain subject to the provisions of this Order, along

27 with the transcript pages of the deposition testimony and/or trial testimony dealing

28 with the Protected Documents or Information.

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

175599.1 / 34-991

3

CV07-7846 PSG(PJWx)

STIPULATED PROTECTIVE ORDER

9.     Any court reporter or transcriber who reports or transcribes testimony in this action shall agree that all "Confidential" information designated as such under this Order shall remain "Confidential" and shall not be disclosed by them, except pursuant to the terms of this Order, and that any notes or transcription of such testimony (and any accompanying exhibits) will be retained by the reporter or delivered to counsel of record.

10.    Counsel for the parties shall not be required to return the Protected Documents to Ford after the conclusion of this case and may retain the documents pursuant to the terms of this Order.

11.    To the extent Ford is requested to produce documents it feels should not be subject to the sharing provisions of this protective order, Ford does not waive its right to subsequently request that the parties enter into a non-sharing protective order prior to the production of any such documents.

12.    Inadvertent or unintentional production of documents or information containing information which should have been designated as "Confidential" shall not be deemed a waiver in whole or in part of the party's claims of confidentiality.

13.    This Protective Order may not be waived, modified, abandoned or terminated, in whole or in part, except by an instrument in writing signed by the parties.  If any provision of this Protective Order shall be held invalid for any reason, the remaining provisions shall not be affected thereby.

14.    After termination of this litigation, the provisions of this Order shall continue to be binding.  This Court retains and shall have jurisdiction over the parties and recipients of the Protected Documents for enforcement of the provisions of this Order following termination of this litigation.

15.    This Protective Order shall be binding upon the parties hereto, upon their attorneys, and upon the parties' and their attorneys' successors, executors, personal representatives, administrators, heirs, legal representatives, assigns, subsidiaries, divisions, employees, agents, independent contractors, or other persons

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

1   or organizations over which they have control.

2       16.   All persons described in paragraph 6 above shall not under any

3   circumstances sell, offer for sale, advertise, or publicize either the Confidential

4   Information or the fact that such persons have obtained Ford's Confidential

5   Information.

6           AGREED AND APPROVED:

7   DATED: March 24, 2008          SICO, WHITE & BRAUGH, L.L.P.

8

9

10                                 By: _____ with permission
                                       Roger S. Braugh, Jr,
11                                     Attorneys for Plaintiffs

                    march 26
12  DATED: January ___, 2008        YUKEVICH CALFO & CAVANAUGH

13

14

15                                 By: _____
                                       Steven D. Smelser
16                                     Attorneys for Defendant Ford Motor
17                                     Company

18

19  DATED: March ___, 2008         YOKA & SMITH LLP

20

21

22                                 By: _____
                                       Anthony F. Latiolait
23                                     Attorneys for Defendant The Goodyear
                                       Tire and Rubber Company
24

25  IT IS SO ORDERED

26  DATED: _____, 2008

27
                                    _____
28                                  HON. PHILIP S. GUTIERREZ

YUKEVICH CALFO & CAVANAUGH
601 S. Figueroa Street, 38th Floor
Los Angeles, California 90017
Telephone (213) 362-7777

175591.1/34-991

STIPULATED PROTECTIVE ORDER                            CV07-7846 PSG(PJWx)

DIAZ
34-991

09/10/2008 17:08 FAX   213 3627788   Received:   YUKEVICH CALFO ETC   Mar 10 2008 05:08pm

1  or organizations over which they have control.

2      16.    All persons described in paragraph 6 above shall not under any

3  circumstances sell, offer for sale, advertise, or publicize either the Confidential

4  Information or the fact that such persons have obtained Ford's Confidential

5  Information.

6          AGREED AND APPROVED:

7  DATED: March ____, 2008       SICO, WHITE & BRAUGH, L.L.P.

8

9

10                    By: _____

11                      Roger S. Braugh, Jr.
                    Attorneys for Plaintiffs

12  DATED: January ____, 2008     YUKEVICH CALFO & CAVANAUGH

13

14

15                    By: _____

16                      Steven D. Smelser
                    Attorneys for Defendant Ford Motor

17                      Company

18

19  DATED: March ____, 2008      YOKA & SMITH LLP
       April 14

20

21

22                    By: _____

                    Anthony F. Latiolait/DANIEL McCANN

23                      Attorneys for Defendant The Goodyear
                    Tire and Rubber Company

24

25  IT IS SO ORDERED

26  DATED: 8/28, 2008

27                    HON. PHILIP S. GUTIERREZ

28

EXHIBIT A

Affidavit of _____, being duly sworn and personally appearing before the undersigned attesting officer, duly authorized by law to administer oaths, deposes and says that the within statements are true and correct:

     1.    I have read the Protective Order attached hereto and I understand its terms and meanings.

     2.    I agree that my signature below submits me to the jurisdiction of the United States District Court for the Central District of California, in which the action of Maria c. Diaz, et al., v. Ford Motor Company, et al., Case No. CV07-07846PSG, is pending, and binds me to the provisions of the Protective Order, including to all promises undertaken in the Order, as if originally agreed by me.

State of California          }
County of _____ } ss.

Subscribed and sworn to (or affirmed) before me on this _____ day of _____, 2008, by _____,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

My Commission Expires:

(Seal)

YUKEVICH CALFO & CAVANAUGH
601 S. FIGUEROA STREET, 38TH FLOOR
LOS ANGELES, CALIFORNIA 90017
TELEPHONE (213) 362-7777
FACSIMILE (213) 362-7788

# Notices

2:07-cv-07846-PSG-PJW Diaz et al v. Ford Motor Company et al
(PJWx), DISCOVERY, MANADR

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Smelser, Steven on 4/15/2008 at 3:10 PM PDT and filed on 4/15/2008

**Case Name:**           Diaz et al v. Ford Motor Company et al
**Case Number:**       2:07-cv-7846
**Filer:**                    Ford Motor Company
**Document Number:** 37

**Docket Text:**
NOTICE OF LODGING filed *April 15, 2008* (Attachments: # (1) Proposed Order STIPULATED PROTECTIVE ORDER)(Smelser, Steven)

**2:07-cv-7846 Notice has been electronically mailed to:**

Jane Margaret Braugh     jbraugh@swbtrial.com

L. Matthew Dotin     mdotin@swbtrial.com

Anne Marie Ellis     aellis@swlaw.com, kfsmith@swlaw.com

Robert J Gibson     hgibson@swlaw.com, cwynn@swlaw.com

Anthony F Latiolait     alatiolait@yokasmith.com

Daniel F McCann     dfmccann@yokasmith.com

Steven D Smelser     ssmelser@yukelaw.com

James J Yukevich     jyukevich@yukelaw.com

**2:07-cv-7846 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Roger S Braugh , Jr
Sico White and Braugh LLP
802 N Carancahua Suite 900
Corpus Christi, TX 78470

Walter M Yoka
Yoka and Smith LLP

777 South Figueroa Street Suite 4200
Los Angeles, CA 90017

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\dgutierrez\Desktop\Diaz Notice of Lodging.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/15/2008] [FileNumber=5692422-0]
[2ac7ccd6952c98f2bb41ba8a86f89f60f1ad5d742ed35f43cfc4db9bc53e1cec8409
bd5441c97f7121a15913ec865db2d10c700f38a927f7807216802800b1b5]]
**Document description:**Proposed Order STIPULATED PROTECTIVE ORDER
**Original filename:**C:\Documents and Settings\dgutierrez\Desktop\Diaz Exec Stip.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/15/2008] [FileNumber=5692422-1]
[536f52ffc89b5a38f6b62f36e45a901235b17d548eb90ffc93961a20934915a37eb7
cb812c8e0089e22dd602a311d98029a0131f7fa49ad8f56ce03f5aa12315]]